EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:  Luis Daniel Rosa Velázquez | 2025 TSPR 51  215 DPR ___ |
|---|---|

Número del Caso:  TS-14,843

Fecha:  9 de mayo de 2025

Representante legal del peticionario:

Por derecho propio

Materia:  Reinstalación al ejercicio de la abogacía y la notaría.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Luis Daniel Rosa Velázquez

TS-14,843

RESOLUCIÓN

En San Juan, Puerto Rico, a 9 de mayo de 2025.

Evaluada la *Solicitud sobre readmisión al ejercicio de la abogacía y la notaría en Puerto Rico y aprobación de fianza notarial* presentada por el Sr. Luis Daniel Rosa Velázquez, se reinstala al peticionario al ejercicio de la abogacía y notaría.

Se aprueba la Fianza otorgada por el Colegio de Abogados y Abogadas de Puerto Rico, vigente desde el 5 de mayo de 2025, para garantizar las funciones notariales del licenciado Rosa Velázquez.

Remítase la fianza original al Secretario de Hacienda de Puerto Rico para que se archive en su oficina a los fines dispuestos en el Artículo 11 de la Ley Núm. 230 de 24 de julio de 1974 (3 LPRA sec. 283 j) y copia certificada de esta Resolución a este funcionario y al Secretario de Estado de Puerto Rico para su conocimiento. Únase, además, copia de la fianza al expediente personal del peticionario. Se ordena a la parte peticionaria que recoja su obra notarial en el Archivo Notarial del Distrito Notarial correspondiente.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo